[No. 46884-7-I. Division One. February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CARY SCHLADETZKY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03788-6, Charles W. Mertel, J., entered May 23, 2000. *Reversed* by unpublished per curiam opinion.

[No. 47369-7-I. Division One. February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. VALONE NAMONE GARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01323-6, Richard M. Ishikawa, J., entered July 21, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy and Appelwick, JJ.

[No. 47815-0-I. Division One. February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03049-2, Michael Hayden, J., entered November 13, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47872-9-I. Division One. February 4, 2002.]

SHEILA D. FLEMING, *Respondent*, v. NORMAN E. SPENCER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-08976-4, Charles S. French, J., entered October 31, 2000. *Affirmed* by unpublished per curiam opinion.